

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00224-CV

Agustin **ALVAR**,
Appellant

v.

Yvette **ALVAR**,
Appellee

From the County Court, Maverick County, Texas
Trial Court No. 4399
Honorable Domingo Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: April 23, 2025

DISMISSED FOR WANT OF JURISDICTION

Appellant filed a notice of appeal in an eviction suit stating her intent to appeal "to the County Court of Maverick County, Texas" and challenging "the judg[ment] entered by the Justice Court Precinct 3 Place 1 Maverick County, Texas."

The record contains no final order or judgment over which we have appellate jurisdiction. *Compare* TEX. GOV'T CODE § 22.220(a) (vesting court of appeals with appellate jurisdiction of all civil cases within its district in which the district courts or county courts have jurisdiction when the amount in controversy exceeds $250) *with id.* § 26.042(e) (vesting county court with appellate

jurisdiction in civil cases in which the justice courts have original jurisdiction when the amount in controversy exceeds $250) *and id.* § 27.031(a)(2) (vesting justice court with original jurisdiction over eviction suits). Based on the notice of appeal and the clerk's record, the parties' claims appear to remain pending in the county court.

On April 10, 2025, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant's response indicates that the notice of appeal was mistakenly filed with this court and he "does not contest the dismissal of this appeal."

Because appellant has not demonstrated how we have appellate jurisdiction, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3.

PER CURIAM